**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6371**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

JOHNNY ELIAS GONZALEZ, a/k/a Solo,

                Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, Chief District Judge. (3:08-cr-00134-RJC-DSC-18; 3:19-cv-00043-FDW)

Submitted: July 31, 2019                Decided: August 20, 2019

Before DIAZ and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Johnny Elias Gonzalez, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Elias Gonzalez appeals the district court's order denying relief on Gonzalez's petition for writs of coram nobis and/or audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gonzalez*, Nos. 3:08-cr-00134-RJC-DSC-18; 3:19-cv-00043-FDW (W.D.N.C. filed Feb. 1, 2019; entered Feb. 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*